**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

July 10, 2015

MEMO TO COUNSEL RE:   Thomas Curcio v. Board of Child Care of United
Methodist Church, Inc., et al.
Civil No.  JFM-15-1156

Dear Counsel:

    This will confirm, as we discussed during the conference held yesterday, that discovery will be suspended until I have ruled upon the pending motion to dismiss the counterclaim.  The reason for this ruling is that the scope of discovery will be determined by my ruling on the motion to dismiss.

    After I have ruled upon the motion to dismiss, you will have 120 days for discovery.  We did not discuss the issue, but you will have 30 days after the conclusion of discovery to file motions for summary judgment.

    In the event that I grant the motion to dismiss the counterclaim, you will have 15 hours each for depositions.  In the event that I deny the motion to dismiss, you will each have 20 hours for depositions.  Of course, if you need more time, I will consider any request that you make.

    Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge